UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __19 AUG 2010__

Chester Davis,
            Plaintiff

-V-

Countrywide Home loans, et al,

           Defendants

No. 09 Civ. 8606 (RJS) (HBP)

NOTICE OF MOTION FOR RECONSIDERATION

PRO SE OFFICE

PLEASE TAKE NOTICE that upon the annexed affirmation of Chester Davis, affirmed on August 19, 2010, and upon the exhibits attached thereto, the accompanying, and the pleadings herein, plaintiff will move this Court, before Honorable Judge Henry Sullivan, United States District Judge, for an order pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure granting:

a. Reopening of case No. 09 Civ 8606 (RJS) (HBP)

b. Reconsideration of Order Adopting Report and Recommendation

c. Relief From a Order due to mistake, inadvertence, surprise, or excusable neglect.

**I declare under penalty of perjury that the forgoing is true and correct.**

Dated: New York, New York

August 19, 2010

Signature _____

All Rights Reserved

Address:   203 West 137th Street
              New York, New York 10030
Telephone Number: 646-929-3283

**NOTARY CERTIFICATION**
County: __New York__      State: __New York__

This document was affirmed and signed before me __Naim Najieb__ on this the __19__ day of __August__ 2010.

Notary Seal:      Signature of Notary __Naim Najieb__

NAIM NAJIEB
NOTARY PUBLIC
STATE OF NEW YORK, NEW YORK COUNTY
REG. NO. 01NA6191461
EXPIRES 09/08/2012

Qualified in New York County

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chester Davis,<br>          Plaintiff<br><br>-V-<br><br>Countrywide Home Loans, et al,<br>          Defendants | No. 09 Civ. 8606 (RJS) (HBP)<br><br>AFFIRMATION IN SUPPORT<br>OF<br>MOTION FOR RECONSIDERATION |

I, Chester Davis, affirm under penalty of perjury that:

1. I, Chester Davis, am the plantiff in the above entitled action, and respectfully move this Court to issue an order of Reconsideration, reopen the case, and grant relief for the Order Adopting Report and Recommendation pursuant to Rule 60(b)(1) FRCP

2. The reasons why I am entitled to the relief I seek is the following:

   a. On August 17, 2010, I received a document titled "ORDER ADOPTING REPORT AND RECOMMENDATION" from this court.

   b. In this order, it states that on July 23rd, 2010 Magistrate Judge Pitman issued a report and recommendation pertaining to this case.

   c. As of this date, I am not in receipt of said report and recommendation.

   d. Further stated in the document it states "In the Report, Magistrate Judge Pitman advised the parties that failure to file timely objections within fourteen days from service of the Report would constitute a waiver of those objections, See 28 U.S.C. 636(b)(1)(C): Fed R. Civ. P.72(b). No party has filed objections to the Report, and the time to do so has expired. Cf. Frank v Johnson, 968 F. 2d 298 (2d Cir. 1993.)

   e. I ask that relief be granted from the Order Adopting Report and Recommendations pursuant to Rule 60(b)(1) mistake, inadvertence, surprise, or excusable neglect in that I was not personally notified of the action. I am

1

    seeking the court to grant relief under 28 U.S.C.1655 due to the fact that I was not personally notified of the action.

f. As a result I have not had an opportunity to assert any objections or exercise any level of administrative remedy because I have not as of this date received said report.

g. I am requesting that the order to close this case be vacated, and reopened in order for me to acquire, review, and file objections to said Report and Recommendation.

h. For the record, notice was sent to the court on May 18th, 2010 in which mail was sent to the wrong address, and I noted an address correction. See Exhibit A.

i. In pursuant to Rule 65(b) of the Federal Rules of Civil Procedure: At approximately 1:15 p.m., Thursday, August 19, 2010, I spoke on the telephone to Ms. Olga Cave, Secretary to Attorney David Chenkin in the Office of Zeichman-Ellman & Krause LLP, defendant's attorney. Mr. Chenkin was not available and I left a message with Ms. Cave to advise him that an application would be made by Chester Davis of a Motion of Reconsideration.

j. Pursuant to Rule 6.1(d) since time is of the essence, this motion has been brought by Motion for Reconsideration, and no prior request has been made for the relief requested herein.

WHEREFORE, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the forgoing is true and correct.**

Dated: August 19, 2010     Signature _[signature]_   All Rights Reserved
New York, New York     Address:    203 West 137th Street
                         New York, New York 10030
                         Telephone Number: 646-929-3283

**NOTARY CERTIFICATION**
County: New York     State: New York

This document was affirmed and signed before me _Na'im Najieb_ on this the _19_ day of _August_ 2010.

Notary Seal:          Signature of Notary _Na'im Najieb_

NAIM NAJIEB
NOTARY PUBLIC
STATE OF NEW YORK, NEW YORK COUNTY
REG. NO. 01NA6191461
EXPIRES 09/08/2012

Qualified in New York County

2



EXHIBIT A

# Chester Davis
203 West 137th Street
New York, NY 10030
646-929-3283

May 18, 2010

Mr. Bruce Hampton
Courtroom Deputy
Chambers of Henry Pitman
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re: <u>Davis v. Country Wide Home Loan & Bank of America</u>
09 Civ. 8606 (RJS)(HBP)

Mr. Bruce Hampton:

As per your letter dated April 26, 2010, regarding non-receipt my correspondence to Judge Pitman. I am forwarding a copy of the documents via fax.

Please note that we received your correspondence on May 18, 2010 due to the fact that it was sent to the wrong address. My address is:

## 203 West 137 Street
## New York, NY 10030

Please correct your files.

Very truly yours,

Chester Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chester Deves
_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

Countrywide Home Loans, et al
_____

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

09 Civ. 8606 (__)(__)

**AFFIRMATION OF SERVICE**

I, __Nasim Najieb__, declare under penalty of perjury that I have
       (name)

served a copy of the attached __Notice of Motion for Reconsideration__
                                (document you are serving)

upon __Zeichner Ellman & Krause__ whose address is __575__
      (name of person served)

__Lexington Ave, New York, N.Y. 10022__
(where you served document)

by __USPS Certified Mail return receipt__.
   (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: __Manhattan__, __NY__
        (town/city)  (state)

__Aug__, __19__, 20__10__
(month) (day)  (year)

__Nasim Najieb__
Signature

__234 w 137 st__
Address

__New York, NY__
City, State

__10030__
Zip Code

__212-291-3800__
Telephone Number

Rev. 05/2007