UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHESTER DAVIS,

                Plaintiff,

-v-

COUNTRYWIDE HOME LOANS, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/10

No. 09 Civ. 8606 (RJS) (HBP)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's motion for reconsideration, dated August 19, 2010, requesting reconsideration of the Court's Order adopting the Report and Recommendation (the "Report") of the Honorable Henry B. Pitman, Magistrate Judge. IT IS HEREBY ORDERED that, by no later than September 24, 2010, Plaintiff shall submit (1) a memorandum of law supporting his motion and (2) the objections he would make to the Report in the event the Court grants his motion. Given that Plaintiff alleges that he never received the Report, his memorandum shall include an explanation for what prompted his August 10, 2010 letter to the Court. IT IS FURTHER ORDERED that, if Defendants wish to file opposition papers, they shall do so by October 15, 2010.

SO ORDERED.

Dated:     August 26, 2010
             New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE

A copy of this Order, as well as the Report, was sent to:

Chester Davis
203 W. 137th Street
New York, NY 10030